# Redmond & Parrinello, LLP

John F. Redmond (Retired)
John R. Parrinello
J. Matthew Parrinello*

Bruce F. Freeman**

SUITE 400, EXECUTIVE OFFICE BUILDING
36 WEST MAIN STREET
ROCHESTER, NEW YORK 14614
TELEPHONE (585) 454-2321
FACSIMILE (585) 454-6626
e-mail: randplawoffice@aol.com

*ALSO ADMITTED TO FL. BAR
**ALSO ADMITTED TO CT. BAR

Facsimile: 613-4065
May 26, 2006

Honorable Michael A. Telesca
U.S. District Court Judge
100 State Street, Rm. 272
Rochester, New York 14614

05CR6126

Re: U.S. v Aera Lee

Dear Judge Telesca;

I represent Aera Lee.

I am still trying a rape trial in Livingston County before Judge Kohout.

I request these matters be adjournment without date until the trial is over.

On behalf of my client I waive any speedy sentence issues based on my request.

I am sorry for any inconvenience this has caused the Court.

Very truly yours,

John R. Parrinello

JRP/pg
Cc: Richard A. Resnick, A.U.S.A.
    David Spogen, U.S.P.O.
By Facsimile
    Aera Lee

REQUEST DENIED, BUT MAY BE RENEWED IF MR. PARRINELLO IS STILL ON TRIAL ON JUNE 19, 2006.

SO ORDERED.

DATED: MAY 30, 2006

HONORABLE MICHAEL A. TELESCA